1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **EASTERN DISTRICT OF CALIFORNIA**

8
   **LATASHA WALLACE**              )    Case No.  12-3075 EFB
9  **xxx-xx-2728**                  )
                                    )
10                                  )
                                    )    **STIPULATION AND** ~~**PROPOSED**~~
11                                  )    **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**           )    **TIME TO FILE SUMMARY**
12                                  )    **JUDGEMENT MOTION**
   v.                               )
13                                  )
   **CAROLYN W. COLVIN**            )
14                                  )
   **Acting Commissioner of Social Security** )
15 **of the United States of America,** )
                                    )
16                                  )
           **Defendant.**           )
17                                  )
                                    )
18 _____ )

19
       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
20
   Plaintiff's time to file her summary judgment motion is hereby extended from July 1, 2013, to
21
   August 9, 2013.  Plaintiff's counsel has three other briefs due within the same  seven day period and
22
   needs to extend the due date for this summary judgment motion.  This is Plaintiff's first requested
23
   extension on this case.
24
25 / / / /

26 / / / /

27 / / / /

28

                                        1

| | | |
|---|---|---|
| 1 | Dated: June 28, 2013 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: June 28, 2013 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | Donna L. Calvert |
| | | Acting Regional Chief Counsel, Region IX |
| 8 | | Social Security Administration |
| 9 | | |
| 10 | | */s/Daniel Talbert* |
| | | DANIEL TALBERT |
| 11 | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 1, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2