1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  LATASHA WALLACE,                              No.  2:12-cv-3075-EFB

11              Plaintiff,

12        v.                                      ORDER

13  CAROLYN W. COLVIN, Acting
    Commissioner of Social Security,
14
                Defendant.
15

16

17          Pending before the court is plaintiff's motion for an award of attorneys' fees under the

18  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1).  Plaintiff seeks fees based on 2

19  hours in 2012 at the rate of $184.32 per hour for attorney time, 13.05 hours in 2013 at the rate of

20  $187.02 per hour, and 1.75 hours in 2014 at the rate of $187.20, for a total amount of $3,014.97.

21  ECF Nos. 22; *see* ECF No. 22-2.

22          An EAJA fee award must be reasonable.  *Sorenson v. Mink*, 239 F.3d 1140, 1145 (9th Cir.

23  2001).  In determining whether a fee is reasonable, the court considers the hours expended, the

24  reasonable hourly rate, and the results obtained.  *See Commissioner, INS v. Jean*, 496 U.S. 154

25  (1990); *Hensley v. Eckerhart*, 461 U.S. 424 (1983); *Atkins v. Apfel*, 154 F.3d 986 (9th Cir. 1998).

26  "[E]xcessive, redundant, or otherwise unnecessary" hours should be excluded from a fee award,

27  and charges that are not properly billable to a client are not properly billable to the government.

28  *Hensley*, 461 U.S. at 434.

1

1    Here, defendant did not file a response to plaintiff's motion for attorney's fees.  However,

2  the court has independently reviewed the record and finds that both the hourly rate and hours

3  expended are reasonable in light of the results obtained.

4    Accordingly, it is hereby ORDERED that:

5    1.  Plaintiff's motion for attorney's fees (ECF No. 22) is granted;

6    2.  Plaintiff is awarded attorney's fees under the EAJA in the amount of $3,014.97;

7    3.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), any payment shall be made payable

8  to plaintiff and delivered to plaintiff's counsel, unless plaintiff does not owe a federal debt.  If the

9  United States Department of the Treasury determines that plaintiff does not owe a federal debt,

10  the government shall accept plaintiff's assignment of EAJA fees and pay fees directly to

11  plaintiff's counsel.

12  DATED:  May 16, 2016.

13    EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28